NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

TIMOTHY RAY MURRAY,
*Petitioner-Appellant,*

v.

UNITED STATES, UNITED STATES SENATE,
UNITED STATES HOUSE, AND GOVERNOR OF
OKLAHOMA,
*Respondents-Appellees.*

---

2012-1467

---

Appeal from the United States District Court for the Western District of Oklahoma in case no. 12-CV-0542, Judge David L. Russell.

---

PER CURIAM.

## ORDER

The appellees move to dismiss or transfer this appeal.

Timothy Ray Murray appeals from an order of the United States District Court for the Western District of Oklahoma dismissing his complaint alleging various claims against the United States, certain members of the Senate and the House of Representatives, and the Governor of Oklahoma. This court is a court of limited jurisdic-

tion, and does not have jurisdiction over this appeal. As this appeal has also been docketed at the United States Court of Appeals for the Tenth Circuit, transfer is not warranted.

For the foregoing reasons, we dismiss Murray's appeal.

Accordingly,

IT IS ORDERED THAT:

(1) The motion to dismiss is granted. The motion to transfer is denied.

(2) All other motions are denied as moot.

(3) Each side shall bear its own costs.

FOR THE COURT

AUG 13 2012
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Timothy Ray Murray
     Elizabeth Anne Speck, Esq.

s26

Issued As A Mandate:  AUG 13 2012

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

AUG 13 2012

JAN HORBALY
CLERK